BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
JACQUELYN M. FRANCO, ESQ.
Nevada Bar No. 13484
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile:  (702) 474-7237
email:  admin@sdlawoffice.net

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LYNN ELYSE TRELL, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> STEPHEN F. MCCUNE, an individual; SWIFT TRANSPORTATION CO., LLC, a foreign limited-liability company; DOES I through X; and ROE CORPORATIONS I though X, inclusive, <br><br> Defendants. | CASE NO.: <br><br> **PETITION FOR REMOVAL** |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA:

Defendants respectfully petition the Court for an Order removing the above-entitled action to the United States District Court and allege as follows:

1. STEPHEN F. MCCUNE, and SWIFT TRANSPORTATION CO. OF ARIZONA, LLC (incorrectly named as SWIFT TRANSPORTATION CO., LLC) ("Defendants") are the Defendants in the above-entitled action.

1

2. The above-entitled action was commenced against Defendants on May 1, 2017, in the District Court, Clark County, Nevada, and is now pending in such Court as Case No.: A-17-754803.

3. A copy of the Summons and Complaint in Case No. A-17-754803 was served on Swift on May 9, 2017. Mr. McCune was served on May 11, 2017. Copies of the Summons, Complaint, and Proof of Service showing that the Complaint was served on Wal-Mart are attached hereto as Exhibit "A". Copies of the Summons and Complaint served on Mr. McCune are attached as Exhibit "B". We have not yet received the Proof of Service from Plaintiff's counsel. This Notice is filed with the Court within thirty (30) days after service of the original Summons and Complaint in the above-entitled action.

4. The above action is an action for damages as a result of a motor vehicle accident wherein the amount in controversy exceeds the sum of $75,000.00. In further support of its claim that the amount in controversy exceeds $75,000.00, Defendants state as follows:

Plaintiff is alleging:

a. That she suffered a neck, back and shoulder injuries as a result of a motor vehicle accident. The neck injury required a fusion surgery at C6-7, and three rhizotomies.

b. $256,928.68 in past medical bills;

c. $1,558,930.00 in future medical expenses;

d. $432,000.00 in lost earning capacity;

e. $118,263.00 in loss of household services; and

f. $10,000,000.00 in pain & suffering.

6. SWIFT TRANSPORTATION CO. OF ARIZONA, LLC is a Delaware limited liability company with its principal place of business located in Arizona.

7. Mr. McCune is a resident and citizen of the State of California.

8. There is diversity of citizenship between Plaintiff and Defendants and this Court has jurisdiction over the above entitled action pursuant to 28 USC § 1332 and 28 USC § 1441.

/ / /

/ / /

/ / /

WHEREFORE, Defendants request that the above-entitled action be removed from the District Court, Clark County, Nevada to this Court.

DATED this  15  day of  May , 2017.

STEPHENSON & DICKINSON, P.C.

By: _____
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
JACQUELYN M. FRANCO, ESQ.
Nevada Bar No. 13484
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
P: (702) 474-7229
F: (702) 474-7237
email: admin@sdlawoffice.net
Attorneys for Defendants

## CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b), I hereby certify that I am an employee of STEPHENSON & DICKINSON and that on this _17_ day of _May_, 2017, I caused to be served a copy of the foregoing: **PETITION FOR REMOVAL** on the party(s) set forth below by:

_____    Electronic service pursuant to NECFR 9

_____    Placing an original or true copy in a sealed envelope placed for collection and mailing in the United States Mail, at Las Vegas, Nevada, postage prepaid, following ordinary business practices;

_____    Facsimile transmission only, pursuant to the amended Eighth Judicial District Court Rule 7.26

_✓_    Case Management/Electronic Case Filing (CM/ECF)

_____    Hand Delivery – Receipt of Copy

addressed as follows:

Jason R. Maier
Maier Gutierrez Ayon
400 S. Seventh Street, #400
Las Vegas, NV 89101
T: 702-629-7900
F: 702-629-7925
jrm@mgalaw.com

_____
Employee of STEPHENSON & DICKINSON

4