JASON R. MAIER, ESQ.
Nevada Bar No. 8557
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: (702) 629-7900
Facsimile: (702) 629-7925
E-mail: jrm@mgalaw.com
jag@mgalaw.com
djb@mgalaw.com

*Attorneys for Plaintiff Lynn Elyse Trell*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LYNN ELYSE TRELL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN F. MCCUNE, an individual; SWIFT TRANSPORTATION CO., LLC, a foreign limited-liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01401-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(FIRST STIPULATED REQUEST)** |

Pursuant to LR 6-1, 6-2, and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that the Court extend discovery in the above-captioned case as discussed herein. In support of this Stipulation and Request, the parties state as follows:

**A.  DISCOVERY CONDUCTED**

1. On May 17, 2017, defendants filed a Petition for Removal.

2. On May 30, 2017, the parties participated in a Federal Rule 26(f) conference.

3. Plaintiff served her initial disclosure on June 15, 2017, and has since served four supplements.

1

4. Defendants served their initial disclosures on July 19, 2017, and has since served five supplements.

5. Plaintiff propounded her first set of interrogatories, request for production of documents, and request for admissions to Defendants on June 23, 2017.

   a. Defendants served their responses to Plaintiff's first set of request for admissions on August 9, 2017, and served their responses to Plaintiff's first set of request for production of documents on August 23, 2017.

   b. Defendant Swift Transporation Co., LLC served its responses to Plaintiff's first set of interrogatories on August 25, 2017, and Mr. McCune served his responses to Plaintiff's first set of interrogatories on September 18, 2017.

6. Defendant Stephen F. McCune propounded his first set of request for production of documents to Plaintiff on June 17, 2017.

   a. Plaintiff served her responses to Defendant Stephen F. McCune's first set of request for production of documents on July 20, 2017. Plaintiff served supplemental responses to Defendant Swift Transportation Co., LLC's request for production of documents on August 29, 2017.

7. Defendant Swift Transportation Co., LLC propounded its first set of interrogatories and request for production of documents to Plaintiff on July 21, 2017.

   a. Plaintff served her responses Defendant Swift Transportation Co., LLC's first set of interrogatories and request for production of documents on August 23, 2017.

8. The parties entered into a stipulated protective order on September 1, 2017, in order for Defendants to complete their document production in response to the discovery requests. The Court granted the stipulated protective order on September 5, 2017, and Defendants then made supplemental disclosures of responsive documents on September 22, 2017, and September 27, 2017.

9. The deposition of Trooper Dunbar took place on November 1, 2017.

10. The deposition of Trooper Lareux took place on November 7, 2017.

///

**B.   DISCOVERY REMAINING**

1. Plaintiff currently has a motion to compel production set for hearing on December 1, 2017.
2. Deposition of Plaintiff Lynn Trell, was scheduled for November 20, 2017, has been vacated and will be rescheduled to a mutually agreeable date following the Court hearing on Plaintiff's motion to compel.
3. Deposition of Defendant Stephen F. McCune, to be scheduled in January 2018.
4. Deposition of the FRCP 30(b)(6) representative of Swift Transportation Co., LLC, to be scheduled in January 2018.
5. Depositions of Plaintiff's treating medical providers, to be scheduled.
6. Disclosure and depositions of experts, to be scheduled.
7. Additional written discovery and depositions by both parties following the discovery listed herein.

**C.   REASONS WHY DEADLINE WAS NOT SATISFIED OR THE REMAINING DISCOVERY WAS NOT COMPLETED WITHIN THE LIMITS SET BY THE DISCOVERY PLAN**

This is the first stipulated request for extension of discovery deadlines in this matter.  There are four primary reasons discovery needs to be extended:

1. The amended pleadings deadline was originally set for August 16, 2017.  As a result of the discovery completed after this deadline passed, the parties have agreed that the deadline can be reopened in order to give Plaintiff an opportunity to amend her Complaint if she wishes.
2. Given that Mr. McCune is a truck driver for Swift Transportation Co., LLC, and November/December are the busiest time of the year for them due to the holiday season, counsel for the parties have conferred and it appears these depositions will need to take place in January 2018 at the earliest.
3. Ms. Trell's deposition was originally scheduled for November 20, 2017, but has since been vacated following the filing of Plaintiff's motion to compel on November

8, 2017, which the Court scheduled for hearing on December 1, 2017. The parties agree that the Court will need to rule on Plaintiff's motion to compel before Ms. Trell's deposition can be taken, which means Ms. Trell's deposition will be rescheduled for a mutually convenient date in January 2018.

4. The same law firms involved in this case will be starting a federal court trial in another case on December 4, 2017. Between that trial and the upcoming holidays, there are no mutually convenient dates in December for depositions in this case.

Accordingly, the parties agree to extend the deadlines as outlined below, so the parties have sufficient time to complete the required depositions and discovery as discussed above.

## D.    A PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | February 12, 2018 | May 16, 2018 |
| Amend Pleadings and Add Parties | CLOSED | February 16, 2018 |
| Expert Disclosure pursuant to Fed R. Civ. P. 26 (a)(2) | December 14, 2017 | March 16, 2018 |
| Joint Interim Status Report | December 14, 2017 | March 16, 2018 |
| Rebuttal Expert Disclosure pursuant to Fed. R. Civ. P. 26(a)(2) | January 15, 2018 | April 16, 2018 |
| Dispositive Motions | March 14, 2018 | June 18, 2018 |
| Joint Pretrial Order | April 13, 2018 | July 18, 2018, or at least thirty (30) days after the decision of last Dispositive Motions |

/ / /

/ / /

/ / /

WHEREFORE, the parties respectfully request that the Court extend the discovery deadlines in accordance with this stipulation.

DATED this 14th day of November, 2017.  DATED this 14th day of November, 2017.

**MAIER GUTIERREZ & ASSOCIATES**  **STEPHENSON & DICKINSON, P.C.**

__/s/ Jason R. Maier_____  _/s/ Michael Hottman_____
JASON R. MAIER, ESQ.  BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 8557  Nevada Bar No. 2297
JOSEPH A. GUTIERREZ, ESQ.  MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 9046  Nevada Bar No. 8501
DANIELLE J. BARRAZA, ESQ.  2820 West Charleston Boulevard, Suite B-19
Nevada Bar No. 13822  Las Vegas, Nevada 89102
8816 Spanish Ridge Avenue  *Attorneys for Defendants Stephen F. McCune*
Las Vegas, Nevada 89148  *and Swift Transportation Co., LLC*
*Attorneys for Plaintiff Lynn Elyse Trell*

## **ORDER**

IT IS SO ORDERED.

DATED this 15th day of November, 2017.

_____
**UNITED STATES MAGISTRATE JUDGE**

5