1 RAHUL RAVIPUDI, ESQ.
*Pending Pro Hac Admission*
2 THOMAS A. SCHULTZ, ESQ.
*Pending Pro Hac Admission*
3 GREGORIO V. SILVA, ESQ.
Nevada Bar No. 13583
4 PANISH SHEA & BOYLE LLP
8816 Spanish Ridge Avenue
5 Las Vegas, Nevada 89148
Telephone: (702) 560-5520
6 Facsimile: (702) 978-2515
E-mail: ravipudi@psblaw.com
7 schultz@psblaw.com
gsilva@psblaw.com
8
JASON R. MAIER, ESQ.
9 Nevada Bar No. 8557
JOSEPH A. GUTIERREZ, ESQ.
10 Nevada Bar No. 9046
DANIELLE J. BARRAZA, ESQ.
11 Nevada Bar No. 13822
MAIER GUTIERREZ & ASSOCIATES
12 8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
13 Telephone: (702) 629-7900
Facsimile: (702) 629-7925
14 E-mail: jrm@mgalaw.com
jag@mgalaw.com
15 djb@mgalaw.com

16 Attorneys for Plaintiff
Lynn Elyse Trell

17

18 **UNITED STATES DISTRICT COURT**

19 **DISTRICT OF NEVADA, SOUTHERN DIVISION**

| | |
|---|---|
| 20 LYNN ELYSE TRELL, an individual, | Case No. 2:17-cv-01401-RFB-GWF |
| 21 Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| 22 v. | **(Proposed)** |
| 23 STEPHEN F. MCCUNE, an individual; SWIFT TRANSPORTATION CO., LLC, a | |
| 24 foreign limited-liability company; DOES I through X; and ROE CORPORATIONS I | **(Second Request)** |
| 25 through X, inclusive, | |
| 26 Defendants. | |

27

28 Pursuant to LR 6-1, 6-2 and LR 26-4, the parties by and through their respective counsel of

record, hereby stipulate and request that the Court extend discovery in the above-captioned case as discussed herein. In support of this Stipulation and Request the parties state as follows:

## A. DISCOVERY CONDUCTED

1. On May 17, 2017, Defendants filed a Petition for Removal.
2. On May 30, 2017, the parties participated in a Federal Rule 26(f) conference.
3. Plaintiff served her initial disclosure on June 15, 2017, and has since served five supplements.
4. Defendants served their initial disclosures on July 19, 2017, and has since served seven supplements.
5. Plaintiff propounded her first set of interrogatories, request for production of documents, and requests for admissions to Defendants on June 23, 2017.
    a. Defendants served their responses to Plaintiff's first set of request for admissions on August 9, 2017,
    b. Defendants served their responses to Plaintiff's first set of request for production of documents on August 23, 2017.
    c. Defendant Swift Transportation Co., LLC served its responses to Plaintiff's first set of interrogatories on August 25, 2017, and Mr. McCune served his responses to Plaintiff's first set of interrogatories on September 18, 2017.
6. Defendant Stephen F. McCune propounded his first set of request for production of documents to Plaintiff on June 17, 2017.
    a. Plaintiff served her responses to Defendant Stephen F. McCune's First set of request for production of documents on July 20, 2017.
    b. Plaintiff served supplemental responses to Defendant's request for production of documents on August 29, 2017.
7. Defendant Swift Transportation Co, LLC propounded its first set of interrogatories and request for production of documents to Plaintiff on July 21, 2017.
    a. Plaintiff served here responses to Defendant Swift Transportation Co., LLC's first set of interrogatories and request for production of documents on August 23, 2017.
8. The parties entered into a stipulated protective order on September 1, 2017, in order for

Defendants to complete their document production response to the discovery requests. The Court granted the stipulated protective order on September 5, 2017, and Defendants then made supplemental disclosures of responsive documents on September 22, 2017, September 27, 2017, and December 20, 2017.

9. The deposition of Trooper Dunbar took place on November 1, 2017.

10. The deposition of Trooper Lareux took place on November 7, 2017.

11. Plaintiff filed a Motion to Compel production of surveillance footage that was heard and granted on December 1, 2017.

    a. Defendant Swift Transportation Co, LLC made a supplemental disclosure of responsive documents on December 19, 2017.

## B. DISCOVERY REMAINING

1. Deposition of Plaintiff Lynn Trell was scheduled for November 20, 2017, but was vacated when the Motion to Compel was filed. Plaintiff's deposition will be rescheduled to a mutually agreeable date.

2. Deposition of Defendant Stephen F. McCune was scheduled for September 21, 2017, but was vacated upon Plaintiff's request. Mr. McCune's deposition will be rescheduled to a mutually agreeable date.

3. Deposition of the FRCP 30(b)(6) representative(s) of Swift Transportation Co., LLC (correctly identified as Swift Transportation Co. of Arizona, LLC), was originally noticed for January 18, 2018, but Defendants objected to same because it was unilaterally set, the timing, the location, and appropriateness of some topics therein. In effort to avoid further Court intervention, the parties are currently working together, pursuant to LR 26-7, regarding same.

4. Plaintiff's inspection of Defendants' tractor, to be scheduled.

5. Depositions of Plaintiff's treating medical providers, to be scheduled.

6. Disclosure and depositions of experts, to be scheduled.

7. Additional written discovery and depositions by both parties following the discovery listed herein.

///

## C. REASONS WHY DEADLINE WAS NOT SATISFIED OR THE REMAINING DISCOVERY WAS NOT COMPLETED WITHIN THE LIMITS SET BY THE DISCOVERY PLAN

This is the second stipulated request for extension of discovery deadlines in this matter. There are three primary reasons discovery needs to be extended.

1. The law firms Maier Gutierrez & Associates and Stephenson & Dickinson were involved in a jury trial before Magistrate Foley that went from January 22 to January 29, 2018.
2. The parties sought to participate in an additional mediation before conducting the remaining discovery and depositions in an attempt to avoid unnecessary litigation costs. The mediation has been confirmed and scheduled with Judge Glass on February 20, 2018.
3. The amended pleadings deadline is currently set for February 16, 2018. Plaintiff believes information relevant to filing amended pleadings may be disclosed during the depositions of Stephen F. McCune and the FRCP 30(b)(6) representative(s) of Swift Transportation Co, LLC (correctly identified as Swift Transportation Co. of Arizona, LLC) and wishes to fully evaluate all possible relevant information in making the determination to amend her Complaint.

Accordingly, the parties agree to extend the deadlines as outlined below, so the parties have sufficient time to complete the required depositions and discovery as discussed above in the event that this case does not resolve at mediation on February 20, 2018.

## D. A PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Discovery Cut-off | May 16, 2018 | July 27, 2018 |
| Amend Pleadings and Add Parties | February 16, 2018 | April 27, 2018 |
| Expert Disclosure pursuant to Fed. R. Civ. P. 26(a)(2) | March 16, 2018 | May 25, 2018 |
| Joint Interim Status Report | March 16, 2018 | May 25, 2018 |
| Rebuttal Expert Disclosure pursuant to Fed. R. Civ. P. 26(a)(2) | April 16, 2018 | June 11, 2018 |

| Joint Pretrial Order | July 18, 2018 | September 28, 2018, or at least thirty (30) days after the decision of last Dispositive Motions |

WHEREFORE, the parties respectfully request that the Court extend the discovery deadlines in accordance with this stipulation.

DATED: February 14, 2018.　　　　　　　　　DATED: February 14, 2018.

**PANISH SHEA & BOYLE LLP**　　　　　　　**STEPHENSON & DICKINSON, P.C.**

_/s/ Gregorio V. Silva_____　　　__/s/ Jacquelyn M. Franco_____
RAHUL RAVIPUDI, ESQ.　　　　　　　　　BRUCE SCOTT DICKINSON, ESQ.
*Pending Pro Hac Admission*　　　　　　　 Nevada Bar No. 2297
GREGORIO V. SILVA, ESQ.　　　　　　　　JACQUELYN M. FRANCO, ESQ.
Nevaada Bar No. 13583　　　　　　　　　　Nevada Bar No. 13484
8816 Spanish Ridge Avenue　　　　　　　　2820 West Charleston Boulvard, Suite B-19
Las Vegas, Nevada 89148　　　　　　　　　Las Vegas, Nevada 89102
*Attorneys for Plaintiff*　　　　　　　　　　*Attorneys for Defendants Stephen F. McCune*
*Lynn Elyse Trell*　　　　　　　　　　　　 *and Swift Transportation Co. of Arizona, LLC*

DATED: February 14, 2018.

**MAIER GUTIERREZ & ASSOCIATES**

_/s/ Jason R. Maier_____
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
JOSEPH A. GUTIERREZ, ESQ.
Nevaada Bar No. 9046
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaibntiff*
*Lynn Elyse Trell*

**ORDER**

IT IS SO ORDERED.

DATED: this __15__ day of February, 2018

_____
**UNITED STATES MAGISTRATE JUDGE**