1  BRUCE SCOTT DICKINSON, ESQ.
   Nevada Bar No. 002297
2  JAMIESON N. POE, ESQ.
   Nevada Bar No. 008228
3  **STEPHENSON & DICKINSON, P.C.**
4  2820 West Charleston Boulevard, Suite B-17
   Las Vegas, Nevada 89102
5  Telephone: (702) 474-7229
   Facsimile:  (702) 474-7237
6  email:  admin@sdlawoffice.net
7
   Attorneys for Defendants
8

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LYNN ELYSE TRELL, an individual, | CASE NO.: 2:17-cv-01401-RFB-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| STEPHEN F. MCCUNE, an individual; SWIFT TRANSPORTATION CO., LLC, a foreign limited-liability company; DOES I through X; and ROE CORPORATIONS I though X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, LYNNE ELYSE TRELL, and Defendants, STEPHEN F. MCCUNE and SWIFT TRANSPORTATION CO. OF

/ / /

/ / /

/ / /

1

ARIZONA, LLC (incorrectly sued as Swift Transportation Co., LLC) by and through their respective attorneys of record, that the above-entitled action be dismissed with prejudice. Each party shall bear their own costs and fees.

DATED this 13th day of July, 2018.                    Dated this 13th day of July, 2018.

**MAIER GUTIERREZ & ASSOCIATES**                     **STEPHENSON & DICKINSON, P.C.**

By: /s/ Jason R. Maier                                By: *Bruce Scott Dickinson*
JASON R. MAIER, ESQ.                                  BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 8557                                   Nevada Bar No. 2297
JOSEPH A. GUTIERREZ, ESQ.                             JAMIESON N. POE, ESQ.
Nevada Bar No. 9046                                   Nevada Bar No. 00828
8816 Spanish Ridge Avenue                             2820 West Charleston, Suite B-17
Las Vegas, Nevada 89148                               Las Vegas, Nevada 89102
*Attorneys for Plaintiff*                             *Attorneys for Defendants*

## ORDER

IT IS SO ORDERED this  16th  day of     July      , 2018.

_____
RICHARD F. BOULWARE, II
United States District Court